**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant BAY AREA AUTO CAR SALES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RUIZ BROTHERS, LLC, a California Limited Liability Company; BAY AREA CAR SALES, LLC, a California Limited Liability Company; and Does 1 - 10<br><br>Defendants. | Case No. 5:17-cv-04325-SVK<br><br>**DECLARATION OF ROGER S. BONAKDAR IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BAY AREA CAR SALES, LLC**<br><br>**Date: April 3, 2018**<br>**Time: 10:00 a.m.**<br>**Judge: Magistrate Judge Van Keulen** |

I, ROGER S. BONAKDAR, hereby declare and state as follows:

1. I am the owner and sole shareholder of BONAKDAR LAW FIRM (herein "the Bonakdar Law Firm"), attorney or record for Defendant BAY AREA CAR SALES, LLC. (Herein "Bay Area").

2. I submit this Declaration in support of the Bonakdar Law Firm's Motion to Withdraw as Counsel for Bay Area. I have personal knowledge of the facts stated herein. If called upon to testify, I could and would testify competently thereto.

---
1
DECLARATION OF ROGER S. BONAKDAR

3. As this Declaration is in support of my motion to be relieved as counsel, I will disclose what I believe is the minimum information necessary for this motion and the Court's information while, at the same time, respecting and maintaining the attorney/client confidences shared between the client and our firm. If this Court wishes more information from our firm, I am happy to provide it for an in camera review by this Court. Nothing set forth in this Declaration is intended to waive, in any way, the attorney-client privilege between our firm and the client.

4. In September 2017, Bay Area, by and through its principal, retained my firm to defendant against an ADA suit brought by Plaintiff SCOTT JOHNSON. This would be the second matter/action our office has represented Bay Area.

5. I entered into a negotiated attorney/client fee agreement with Bay Area. A copy of the Fee Agreement will be made available upon request of this Court.

6. That Legal Services Agreement contains all of the terms and conditions of our firm's engagement. It contains provisions re retainer, specifications that all invoices be paid upon receipt, charges for every attorney and paralegal in the firm. The Agreement further states that, "Attorneys may withdraw with Client's consent or for good cause, which shall include Client's breach of this Agreement, **Client's refusal to cooperate with Attorneys or to follow their advice or any fact or circumstance that would render Attorneys' continuing representation unlawful or unethical according to the Rules of Professional Conduct**.  Attorneys and Client each agree to sign any documents reasonably necessary to effect or complete Attorneys' discharge or withdrawal." (Bold added for emphasis)

7. I have advanced all fees and costs with regard to my representation of Bay Area, including paying for application for admittance to the Northern District.

8. The litigation costs and fees are quickly escalating, and continue to escalate quickly as litigation of this matter progresses. Bay Area has failed and refused to make the requested payment regarding this matter.

9. Bay Area has failed to respond to or follow critical advice offered to it regarding litigation of this matter, and protection of its interests.

10. Bay Area has breached the terms of our Agreement, in not following my advice on material litigation strategy issues, and appears to be unable or unwilling to make payment to my firm for past, current, and future work regarding this matter.

11. I have continued to work on this case, so as to not prejudice Bay Area's interest in this matter, and there are still amounts yet to be billed to Bay Area.

12. I have given very sensible advise to Bay Area, but the communication with the client has totally broken down-- they will not return phone calls/emails (but they do answer the phone for others/are open to the public for business).

13. I am the only attorney in this firm, and I cannot continue to represent Bay Area as it does not cooperate with my firm as to this matter, and continues to not pay my firm for work performed. I cannot continue to work without pay, which would cause serious injury to my other clients, and financial damage to my firm..

14. On January 23, 2018, I advised Bay Area that I would prepare and exchange the Rule 26 disclosure as my last act of representation of Bay Area relating to this action. Before doing so, and as early as late December 2017, I advised Bay Area that it would need to get other counsel, or somehow get the landlord's attorney to jointly defend it and RUIZ. RUIZ is refusing to concurrently defend both defendants; despite the fact that it is a

regular, ordinary, and reasonable practice when facing "shake-down" suits of this nature.

15. On or about January 31, 2018, after further acts of Bay Area disagreeing with my representation and failing to perform crucial acts and provide important information, I informed Bay Area of my decision to withdraw from the case. Bay Area agreed to sign a Substitution of Attorney. The Substitution of Attorney form was provided to Bay Area on January 31, 2018.

16. On February 13, 2018, February 16, 2018, and February 20, 2018, I followed up with Bay Area (by email or phone call). Bay Area has refused to sign and return the substitution form. The client refuses to respond to any form of communication.

17. I respectfully ask this Court to allow me to withdraw as counsel of record for Bay Area, based on his breach of our Representation Agreement, and the impracticability of my office's continued representation of Bay Area, under these circumstances.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on February 27, 2018, in Fresno County, California.

BONAKDAR LAW FIRM

/S/ Roger S. Bonakdar
ROGER S. BONAKDAR