**BONAKDAR**
LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant BAY AREA AUTO CAR SALES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>RUIZ BROTHERS, LLC, a California Limited Liability Company; BAY AREA CAR SALES, LLC, a California Limited Liability Company; and Does 1 - 10<br><br>        Defendants. | Case No. 5:17-cv-04325-SVK<br><br>**[Proposed] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BAY AREA CAR SALES, LLC**<br><br>**Date:** April 3, 2018<br>**Time:** 10:00 a.m.<br>**Judge: Magistrate Judge Van Keulen** |

This Court having reviewed the Motion to Withdraw as Counsel filed by Bonakdar Law Firm, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED. Bonakdar Law Firm is hereby permitted to withdraw as counsel of record in the above-captioned action for Bay Area, effective immediately upon issuance of this ORDER.

IT IS FURTHER ORDERED that Bonakdar Law Firm shall continue to receive all papers served in this action and forward them to the appropriate representative of Bay Area until substitute counsel is appointed.

IT IS FURTHER ORDERED that Bay Area shall have until _____ to find substitute counsel or the Answer filed _____ will be stricken.

Dated: April _____, 2018

_____
Hon. Susan van Keulen
Magistrate Judge of the Northern District