David W. Lively [CA Bar No. 083642]
dlively@hopkinscarley.com
Shirley E. Jackson [CA Bar No. 205872]
sjackson@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendants
RUIZ BROTHERS, LLC and BAY AREA CAR SALES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>RUIZ BROTHERS, LLC, a California Limited Liability Company; BAY AREA CAR SALES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>            Defendants. | CASE NO.  5:17-cv-04325-SVK<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed: July 30, 2017<br>Trial Date:         TBD<br>Judge:     Magistrate Judge Susan van Keulen |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

714\2970478.2

NOTICE OF APPEARANCE OF COUNSEL                                              CASE NO.: 5:17-CV-04325-SVK

1   PLEASE TAKE NOTICE of the appearance of David W. Lively and Shirley E. Jackson of the firm Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Defendant BAY AREA CAR SALES, LLC, in the above-entitled matter, as of April 30, 2018. Copies of all orders, pleadings, and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> David W. Lively [CA Bar No. 083642]
> dlively@hopkinscarley.com
> Shirley E. Jackson [CA Bar No. 205872]
> sjackson@hopkinscarley.com
> HOPKINS & CARLEY
> A Law Corporation
> The Letitia Building
> 70 S First Street
> San Jose, CA  95113-2406
> Telephone:  (408) 286-9800
> Facsimile: (408) 998-4790

HOPKINS & CARLEY,
A Law Corporation

Dated:  May 7, 2018          By:  */s/ Shirley E. Jackson*
                                  David W. Lively
                                  Shirley E. Jackson
                                  Attorneys for Defendants
                                  RUIZ BROTHERS, LLC and
                                  BAY AREA CAR SALES, LLC